ROSENBERG FELDMAN SMITH, LLP
551 Fifth Avenue
New York, New York 10176
212-682-3454
*Counsel for Defendants Ryan Serhant and
Nest Seekers International LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

AARON COPPELSON and NIGHTENGALE NY1, LLC,

    Plaintiffs.        Case No. 19-cv-08481 (PGG)(DCF)

  v.            (Formerly Index No. 156903/2019
               in the Supreme Court of the State
RYAN SERHANT,         of New York, New York County)
NEST SEEKERS INTERNATIONAL LLC,
ELAD RAHAMIN, WELLS FARGO ADVISORS, LLC

    Defendants.
------------------------------------------------------------------x

## NOTICE OF REMOVAL

  Pursuant to 28 U.S.C. §§1441(a) and (b), defendants Ryan Serhant and Nest Seekers International LLC hereby remove this civil action from the Supreme Court of New York, New York County to the United States District Court for the Southern District of New York. The basis for removal is diversity of citizenship pursuant to 28 U.S.C. § 1332(a)(1). A copy of the summons and complaint filed in the state court is attached as Exhibit 1.

Dated: New York, New York    ROSENBERG FELDMAN SMITH, LLP
September 12, 2019       Attorneys for Ryan Serhant and
               Nest Seekers International LLC

              By: /s/ Michael H. Smith
              ROSENBERG FELDMAN SMITH, LLP
              551 Fifth Avenue
              New York, New York 10176
              212-682-3454
              msmith@rfs-law.com

To:    Jeffrey Benjamin, Esq.
       KUPILLAS UNGER & BENJAMIN, LLP
       5 Penn Plaza, 23rd Floor
       New York, New York 10001
       212-655-9536