UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

AARON COPPELSON and NIGHTENGALE NY1, LLC,   **STIPULATION AND ORDER**

        Plaintiffs,

        19-Civ-8481 (PGG)(DCF)

    v.

RYAN SERHANT,
NEST SEEKERS INTERNATIONAL LLC,
ELAD RAHAMIN, WELLS FARGO ADVISORS, LLC

        Defendants.
----------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED,** by and between the respective undersigned counsel, that the time for Defendants Ryan Serhant and Nest Seekers International, LLC to move or answer is extended to October 10, 2019, opposition papers due on November 22, 2019 and reply papers due on December 6, 2019. Defendants Ryan Serhant and Nest Seekers International LLC hereby waive the affirmative defense of lack of personal jurisdiction.

Dated: New York, New York
       September 18, 2019

KUPILLAS UNGER & BENJAMIN, LLP
*Attorneys for Plaintiffs*

By:_____
   Jeffrey Benjamin, Esq.
   5 Penn Plaza, 23rd Floor
   New York, New York 10001
   Tel: 212-655-9536

ROSENBERG FELDMAN SMITH, LLP
*Attorneys for Defendants Ryan Serhant and Nest Seekers International, LLC*

By:_____
   Michael H. Smith, Esq.
   551 Fifth Avenue, 24th Floor
   New York, New York 10176
   Tel: 212-682-3454

SO ORDERED:

_____
U.S.D.J.