UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AARON COPPELSON and
NIGHTENGALE NY1, LLC,

               Plaintiffs,

- against -

RYAN SERHANT, NEST SEEKERS
INTERNATIONAL LLC, ELAD
RAHAMIN, and WELLS FARGO
ADVISORS, LLC,

               Defendants.

**ORDER**

19 Civ. 8481 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       It is hereby ORDERED that the conference in this action previously scheduled for January 16, 2020 is adjourned. A conference is scheduled for **February 13, 2020 at 10:15 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       January 13, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge