UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON COPPELSON and<br>NIGHTENGALE NY1, LLC,<br><br>                        Plaintiffs,<br><br>              -v-<br><br>RYAN SERHANT, NEST SEEKERS,<br>INTERNATIONAL LLC, ELAD RAHAMIN and<br>WELLS FARGO ADVISORS, LLC,<br><br>                        Defendants. | Case No.: 19-cv-08481 (LL)<br><br>**STIPULATION & ORDER OF<br>SUBSTITUTION OF COUNSEL** |

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys and pursuant to Local Rule 1.4 of the Local Rules of the United States District Court for the Southern Districts of New York, that the law firm of Kasowitz Benson Torres LLP hereby is substituted in place of the law firm of Rosenberg Feldman Smith, LLP as counsel of record for defendant Ryan Serhant in the above-captioned case.

      PLEASE TAKE NOTICE that all pleadings, notices of hearing, and other filings in this matter should be served upon the undersigned incoming counsel.

Dated: March 16, 2020

ROSENBERG FELDMAN SMITH, LLP

By: _____
Richard Feldman
551 Fifth Avenue
24th Floor New York, NY 10176
Tel: (212) 682-3454
Fax: (212) 867-9045

*Outgoing Counsel for Ryan Serhant*
*Counsel for Nest Seekers International LLC*

KASOWITZ BENSON TORRES LLP

By: _____
Peter S. Seltzer
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800

*Incoming Counsel for Ryan Serhant*

Law Offices of Jeffrey Benjamin

By: _____
Jeffrey Benjamin
~~104-08 Roosevelt Ave, 2nd Floor~~
Corona, NY ~~11368~~
~~(718) 505-1111~~
~~Fax: (718) 505-1444~~
Email: jbenjamin@nyfraudlaw.com

KUPILLAS, UNGER & BENJAMIN, LLP
5 Penn Plaza, 23rd Floor
New York, NY 10001

*Counsel for Plaintiffs Aaron Coppelson*
*Nightengale NY1, LLC*

IT IS SO ORDERED:

Dated: _____

_____
Hon. Lewis J. Liman
United States District Judge