UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AARON COPPELSON and NIGHTENGALE NY1, LLC,

                    Plaintiffs,

   -against-

RYAN SERHANT,
NEST SEEKERS INTERNATIONAL LLC,
ELAD RAHAMIN, WELLS FARGO ADVISORS, LLC
                    Defendants.
------------------------------------------------------------------X

Case No. 19-cv-08481 (PGG)(DCF)

(Formerly Index No. 156903/2019 in the Supreme Court of the State of New York County)

## AMENDED NOTICE OF REMOVAL

      Pursuant to 28 U.S.C. §§1441(a) and (b), and the Court's Order dated February 6, 2020 (Doc No. 23), defendant Nest Seekers International LLC, formed under the laws of the State of New York and whose principal place of business is in the State of New York, and defendant Ryan Serhant, who is a New York citizen, hereby amend their Notice of Removal dated September 13, 2019 (Doc No. 2) to state that this civil action is removed from the Supreme Court of New York, New York County on the grounds of diversity of citizenship, as all plaintiffs are California citizens as shown on the attached interrogatory answers by plaintiffs, and the amount in controversy exceeds $75,000.

Dated: June   , 2020

**ROSENBERG FELDMAN SMITH, LLP**
*Attorneys for Nest Seekers International LLC*

By: /s/Michael H. Smith
    Michael H. Smith, Esq.
    520 White Plains Road, Suite 500
    Tarrytown, NY 10591
    212-682-3454
    msmith@rfs-law.com

                                          **KASOWITZ BENSON TORRES LLP**
                                          *Attorneys for Ryan Serhant*

                                     By: /s/Peter S. Seltzer
                                             Peter S. Seltzer, Esq.
                                             1633 Broadway
                                             New York, NY 10019
                                             212-506-1764
                                             pseltzer@kasowitz.com

To:     Jeffrey Benjamin, Esq.
          KUPILLAS UNGER & BENJAMIN, LLP
          *Attorneys for Plaintiffs*
          5 Penn Plaza, 23rd Floor
          New York, NY 10001
          212-835-1532