# EXHIBIT C

# NYS Department of State

## Division of Corporations

### Informational Message

The information contained in this database is current through July 31, 2020.

No business entities were found for nightengale ny1.

Please refine your search criteria.

To continue please do the following:

Tab to Ok and press the Enter key or Click Ok.

Ok

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us