**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
AARON COPPELSON, DARIUSH FAKHERI
and NIGHTENGALE NY1, LLC,

                      Plaintiff,

            -against-                                       19 **CIVIL** 8481 (LJL)

                                                              **<u>JUDGMENT</u>**

RYAN SERHANT and NEST SEEKERS
INTERNATIONAL LLC,

                      Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated June 28, 2021, the motions to dismiss are granted; accordingly, the case is closed.

**Dated:** New York, New York
           June 29, 2021

                                                        **RUBY J. KRAJICK**
                                                        _____
                                                              **Clerk of Court**
                                                **BY:** _____
                                                               **Deputy Clerk**